NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000435
16-APR-2018
11:44 AM**

NO. CAAP-17-0000435

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILLIAM E. SCHANE and MICHELLE SCHANE,
Plaintiffs-Appellees,
v.
GENERAL ELECTRIC COMPANY, INC., a New York Corporation,
ATWOOD & MORRILL, a subsidiary of WEIR VALVES & CONTROLS USA,
INC., a Massachusetts Corporation; AURORA PUMP COMPANY,
a division of PENTAIR, INC., a Minnesota corporation;
CBS CORPORATION, fka VIACOM, INC., successor by merger to
CBS CORPORATION, fka WESTINGHOUSE ELECTRIC CORPORATION,
a Delaware corporation; FLOWSERVE US INC., solely as
successor to ROCKWELL MANUFACTURING COMPANY,
successor-in-interest to EDWARD VALVE AND MANUFACTURING COMPANY,
and successor-in-interest to EDWARD VALVES, INC.,
a New York corporation; ITT CORPORATION,
successor-in-interest to FOSTER ENGINEERING, an Indiana
corporation; JOHN CRANE, INC., a Delaware corporation;
THE LYNCH CO., INC., a Hawai'i corporation;
ELECTROLUX HOME PRODUCTS, successor to COPES VULCAN, INC.,
a Delaware corporation; THE NASH ENGINEERING COMPANY,
a Delaware corporation; TATE ANDALE, INC., a Maryland
corporation; VELAN VALVE CORP., a New York corporation;
THE WILLIAM POWELL COMPANY, an Ohio corporation;
INGERSOLL RAND CO., individually and as
successor-in-interest to ALDRICH PUMPS, a New Jersey
corporation; AMETEK, INC., successor-in-interest by
merger to SCHUTTE AND KOERTING COMPANY, a corporation
incorporated under the laws of Delaware; ANCHOR DARLING
VALVE COMPANY, as successor-in-interest to ANCHOR EQUIPMENT,
a Pennsylvania corporation, Defendants-Appellees,
and
DOES 1-25, Defendants,
and
HUGO PARKER LLP, EDWARD R. HUGO, EDWARD R. HUGO, ESQ.,
and ANTHONY BENTIVEGNA, ESQ.,
Real-Parties-in-Interest Respondents-Appellants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0034)

ORDER GRANTING THE MARCH 21, 2018 JOINT NOTICE OF MOTION
AND MOTION FOR DISMISSAL OF APPEAL
(By: Fujise, Acting Chief Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Joint Notice of Motion and Motion for Dismissal of Appeal (Joint Motion), filed March 21, 2018, by Plaintiffs-Appellees William and Michelle Schane (Schane Appellees), and Real-Parties-In-Interest Respondents-Appellants Hugo Parker LLP, Edward R. Hugo, Edward R. Hugo, Esq., and Anthony Bentivegna, Esq. (Hugo Appellants), the Statement of No Opposition to Joint Motion for Dismissal of Appeal, filed March 22, 2018, by Defendant-Nominal Appellee Tate Andale, Inc., the papers in support, the record, and there being no opposition to the Joint Motion, it appears that (1) the appeal was docketed on June 30, 2017; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), Schane Appellees and Hugo Appellants seek to dismiss the appeal with prejudice, with each party to bear their own costs on appeal; and (3) the Joint Motion is dated and signed by counsel for all interested parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Joint Motion is granted, and the appeal is dismissed with prejudice. Schane Appellees and Hugo Appellants shall bear their own costs on appeal.

DATED: Honolulu, Hawaiʻi, April 16, 2018.

Acting Chief Judge

Associate Judge

Associate Judge